ACCEPTED
12-15-00004-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/12/2015 4:02:38 PM
CATHY LUSK
CLERK

## CAUSE NO. CV04637

| | | |
|---|---|---|
| RON SEALE, Individually and as the Representative of the Estate of CLARA LAVINIA SEALE **Plaintiff** | § § § § § | COUNTY COURT AT LAW |
| VS. | § § | OF |
| HORACE TRUETT SEALE and wife, NAN SEALE, **Defendants** | § § § | VAN ZANDT COUNTY, TEXAS |

FILED IN
12th COURT OF APPEALS
BY TYLER, TEXAS
1/12/2015 4:02:38 PM
CATHY S. LUSK
Clerk

## *PLAINTIFFS' NOTICE OF APPEAL*

Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, Ron Seale, Individually and as the Representative of the Estate of Clara Lavinia Seale, the Plaintiffs in the above-styled and numbered action file this notice of appeal to the Twelfth District Court of Appeals (Tyler). Plaintiffs desire to appeal from the judgment rendered against Plaintiffs and in favor of the Defendants by the County Court at Law of Van Zandt County, Texas on December 16, 2014.

Dated this the 12th day of January, 2015.

Respectfully submitted,

RAY & THATCHER, ATTORNEYS AT LAW, P.C.

By: _____

RICHARD L. RAY
STATE BAR NO. 16606300
300 SOUTH TRADE DAYS BLVD.
CANTON, TEXAS 75013
(903) 567-2051
(903) 567-6998 (FAX)
rlray@rayandthatcher.com

ATTORNEY FOR PLAINTIFFS

---

## CERTIFICATE OF SERVICE

I certify that on January 12, 2015, I deposited in the United States Mail a true copy of the preceding notice of appeal addressed to attorney of record for Defendants by certified mail, return receipt requested (#7012 3050 0000 1271 7774) as follows:

Mr. John F. (Jack) Walker, III
Martin Walker, P.C.
The Arcadia Theater
121 N. Spring Avenue
Tyler, Texas 75702

Dated the 12th day of January, 2015.

RICHARD L. RAY